FILED
HARRISBURG, PA

DEC 2 2 2004

MARY E. D'ANDHEA, CLERK
Per_____
Deputy Clerk

NOTICE OF APPEAL TO
UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

U.S. District Court - Middle District of Pennsylvania (Harrisburg)
District Court Judge: The Honorable Yvette Kane

UNITED STATES OF AMERICA,    :
                             :
        v.                   :District Court Docket No. 1: CR-01-71
                             :
FREDDIE SINKLER JR.,         :
              Defendant      :

Notice is hereby given that Freddie Sinkler Jr. appeals to the United States Court of Appeals for the Third Circuit from a Judgement of sentence entered on February 19, 2003, which preserved his right to appeal an Order denying the Appellant's motion to suppress entered in this action on November 23, 2004.

KREVSKY & ROSEN, PC

Date: 12/25/04

Sanford A. Krevsky, Esquire
Counsel for Appellant

Sanford A. Krevsky, Esquire
Krevsky & Rosen, PC
1101 N. Front Street
Harrisburg, PA 17102
(717) 234-4583
Atty. ID. No. 10625

Christy H. Fawcett, Assistant U.S. Attorney
United States Attorney's Office
Federal Building, Suite 220
P.O. Box 11754
228 Walnut Street
Harrisburg, PA  17108-1754
(717) 221-4482