CR-01-71

FILED
HARRISBURG, PA

DEC 2 3 2004

MARY E. D'ANDREA, CLERK
Per _____

```
Thu Dec 23 09:08:57 2004

UNITED STATES DISTRICT COURT

SCRANTON          , PA

Receipt No.   111 142396
Cashier         jill

Check Number: 5949

DØ Code      Div No
 4667          1

Sub Acct Type Tender        Amount
0:086900  N    2            105.00
1:510000  N    2            150.00

Total Amount         $      255.00

KREVSKY & ROSEN 1101 N. FRONT ST. H
BG., PA 17102

     FILING FEE FOR NOTICE OF APPEAL IN
CR-01-71
```

cn