UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT
April 25, 2005
C-82

No. 04-4703

United States of America
vs.
Freddie Sinkler, Jr., Appellant
(Middle District of Pennsylvania (Harrisburg) Criminal No. 01-cr-00071)

**PRESENT:** ALITO, McKEE and AMBRO, <u>Circuit Judges</u>.

Motion by Appellee to dismiss Appeal for lack of jurisdiction.

Tonya Wyche   267-299-4938
Case Manager

**O R D E R**

**The foregoing motion is hereby granted.**

By the Court,

/s/ Theodore A. McKee
**Circuit Judge**

Dated:   July 21, 2005
tyw/cc:   Sanford A. Krevsky, Esq.
          Christy H. Fawcett, Esq.



A True Copy:

Marcia M. Waldron, Clerk