IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | No. 1:CR-01-71 |
| | : | |
| v. | : | (Judge Kane) |
| | : | |
| **FREDDIE SINKLER, JR.,** | : | |
|     Petitioner | : | |

## ORDER

    **AND NOW**, this 6th day of April, 2006, **IT IS HEREBY ORDERED THAT** the Clerk of Court shall serve Petitioner's motion to vacate, set aside, or correct sentence pursuant to 28 U.S.C. § 2255 ("Petition") (Doc. No. 102) upon the Government within ten (10) days from the date of this Order. **IT IS FURTHER ORDERED THAT** The United States shall file a response to the Petition within thirty (30) days of being served. Thereafter, Petitioner shall file a reply to the government's response within twenty (20) days of being served therewith. A determination of whether Petitioner shall be produced for a hearing will be held in abeyance pending submission of a response.

 

                                              S/ Yvette Kane
                                              Yvette Kane
                                              United States District Judge