# United States District Court

## MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | Acknowledgment of Service on<br>The United States Attorney |
| V. | 1:01-CR-71<br>Judge Yvette Kane |
| FREDDIE SINKLER, JR. | |

Pursuant to the Nineteenth Amended Designation for Service of Process and Federal Rule of Civil Procedure 4(I), I ☐ Patricia Wiscount; ☐ Naomi Losch; ☐ Phyllis Mitchell; ☐ Mark Morrison; acknowledge receipt of the following documents:

Petnr's Motion to Vacate, Set Aside, or Correct Sentence and Order dated 4/6/06

4/7/06                                    _Pat Wiscount_
                                          Signature

I certify that I served the above listed documents on the signed recipient on