UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

# N O T I C E

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | CASE NO. |
| | : | 1:CR-01-71 |
| V. | : | |
| | : | |
| FREDDIE SINKLER, JR. | : | |

_____

Type of Case:
    ( ) Civil                 (X) Criminal

_____

(XX) TAKE NOTICE that the proceeding in this case has been **RESCHEDULED** for the place, date and time set forth below:

| | |
|---|---|
| U.S. Courthouse | Courtroom #4 |
| Federal Building | Eighth Floor |
| 228 Walnut Street | **AUGUST 22, 2006** |
| Harrisburg, PA   17108 | At **9:30 a.m.** |

TYPE OF PROCEEDING:    **RE-SENTENCING**

                                                       MARY E. D'ANDREA, CLERK

                                                    _____

                                                    Shawna L. Cihak, Deputy Clerk

DATED:   July 11, 2006

To:    Hon. Yvette Kane
        Christy H. Fawcett, AUSA
        Allen C. Welch, Esquire
        Sanford Alan Krevsky, Esquire
        U.S. Marshal
        U.S. Probation
        Court Reporter
        File