NOTICE OF APPEAL TO
UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

U.S. District Court - Middle District of Pennsylvania (Harrisburg)
District Court Judge: The Honorable Yvette Kane

FILED
HARRISBURG
AUG 3 1 2006
MARY E. D'ANDREA, CLERK
Per_____
DEPUTY CLERK

UNITED STATES OF AMERICA, :
:
v. : District Court Docket No. 1: CR-01-71
:
FREDDIE SINKLER JR., :
Defendant :

Notice is hereby given that Freddie Sinkler Jr. appeals to the United States Court of Appeals for the Third Circuit from a judgement of sentence entered on August 22, 2006, which preserved his right to appeal an Order denying the Appellant's motion to suppress entered in this action on July 26, 2001.

Date: 31 AUG 2006

_____
Allen C. Welch, Esquire
Counsel for Appellant

Allen C. Welch, Esquire
Krevsky & Rosen, PC
1101 N. Front Street
Harrisburg, PA 17102
(717) 234-4583
Atty. ID. No. 10625

Christy H. Fawcett, Assistant U.S. Attorney
United States Attorney's Office
Federal Building, Suite 220
P.O. Box 11754
228 Walnut Street
Harrisburg, PA 17108-1754
(717) 221-4482

```
Thu Aug 31 15:21:40 2006

    UNITED STATES DISTRICT COURT

     SCRANTON      , PA

  Receipt No.   111 146322
  Cashier         jill

  Check Number:  1258

  D0 Code    Div No
   4667        1

  Sub Acct Type Tender     Amount
  1:510000  N      2       150.00
  2:086900  N      2       105.00
  3:086400  N      2       200.00

  Total Amount        $    455.00

    KREVSKY & ROSEN 1101 N. FRONT ST. H
BG., PA 17102

    FILING FEE FOR NOTICE OF APPEAL IN
CR-01-71



    cn
```