UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

No. 06-3972

UNITED STATES OF AMERICA

v.

FREDDIE SINKLER, JR.,
Appellant

Appeal from the United States District Court
for the Middle District of Pennsylvania
(D.C. Criminal No. 01-cr-00071-1)
District Judge: Honorable Yvette Kane

Argued:  December 11, 2007

Before: RENDELL, STAPLETON, *Circuit Judges*,
and IRENAS,[*] *Senior District Judge.*

JUDGMENT

This cause came to be considered on the record from the United States District Court for the Middle District of Pennsylvania and was argued on December 11, 2007.

On consideration whereof, it is now here ORDERED and ADJUDGED by this Court that the Order of the Middle District of Pennsylvania entered on November 23, 2004, and the Judgment of Conviction entered on August 29, 2006, be, and the same are

---

[*] Honorable Joseph E. Irenas, Senior United States District Judge for the District of New Jersey, sitting by designation.

hereby, affirmed.

All of the above in accordance with the opinion of this Court.

ATTEST:

/s/ Marcia M. Waldron
Clerk

Dated: 3 March 2008