OFFICE OF THE CLERK

**MARCIA M. WALDRON**
**CLERK**

UNITED STATES COURT OF APPEALS

FOR THE THIRD CIRCUIT
21400 UNITED STATES COURTHOUSE
601 MARKET STREET
PHILADELPHIA 19106-1790

Website: www.ca3.uscourts.gov

TELEPHONE
215-597-2995



March 25, 2008

Mary E. D'Andrea, Clerk
United States District Court for the Middle District of Pennsylvania
228 Walnut Street, Room 1060
Harrisburg, PA 17108

**RE: USA v. Sinkler**
**Case Number: 06-3972**
**District Case Number: 01-cr-00071-1**

Dear District Court Clerk:

Enclosed herewith is the certified judgment together with copy of the opinion or certified copy of the order in the above-captioned case. The certified judgment or order is issued in lieu of a formal mandate and is to be treated in all respects as a mandate.

Kindly acknowledge receipt for same on the enclosed copy of this letter.

Counsel are advised of the issuance of the mandate by copy of this letter. The certified judgment or order is also enclosed showing costs taxed, if any.

Very truly yours,

*Marcia M. Waldron*
Marcia M. Waldron, Clerk


By: *Anthony W. Infante*
Anthony W. Infante, Case Manager
267-299-4916

cc:
Christy H. Fawcett
Theodore B. Smith
Allen C. Welch Jr.