IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. 01-CR-71 |
| | : |
| | : |
| 1. | : JUDGE YVETTE KANE |
| | : |
| FREDDIE SINKLER, JR., | : |
| Defendant | : |

TO THE HONORABLE YVETTE KANE,  JUDGE OF SAID COURT:

## ORDER OF COURT

**AND NOW**, this _____ day of April, 2008, upon consideration of the attached Petition for Emergency Furlough, IT IS HEREBY ORDERED and DECREED that the Superintendent of the Federal Correctional Institution Manchester,  release the requested inmate, FREDDIE SINKLER, JR (#10620-067)), on _____, 2008 at _____ a.m./p.m.  to attend his father's viewing on Friday April 25, 2008 at 4:00 p.m. at the Major H. Winfield Funeral Home located at 704 North Front Street, Steelton, Pennsylvania 17113 and funeral on Saturday, April 26, 2008 commencing at 10:00 a.m. at the Chapel of the Major Winfield Funeral Home.  IT IS FURTHER HEREBY ORDERED and DECREED that FREDDIE SINKLER, JR.  is to return to the Federal Correctional Institution Manchester no later than _____, 2008 at _____ a.m./p.m.

Officials at the Federal Correctional Institution Manchester are to take whatever steps necessary to effect this Order.

All costs associated with this matter are to borne by Petitioner.

BY THE COURT:

_____

Distribution:
Allen C. Welch, Esq.  1101 N. Front Street, Hbg. PA   17102
United States Federal Marshall's Office
FCI Manchester