IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. 01-CR-71 |
| | : |
| v. | : JUDGE YVETTE KANE |
| | : |
| FREDDIE SINKLER, JR., | : |
| Defendant | : |

AMENDED PETITION FOR EMERGENCY FURLOUGH

AND NOW, this ___24th___ Day of April, 2008, COMES Petitioner, through his counsel, Allen C. Welch, Esquire, who respectfully represents:

1. Petitioner, Freddie Sinkler, Jr., (10620-067), is currently incarcerated at Federal Correctional Institute Manchester, Kentucky;

2. Petitioner was sentenced by Your Honorable Court on February 19, 2003. At that time, Mr. Sinkler was sentenced to a period of incarceration of two hundred and twelve (212) months.

3. Petitioner's father, Freddie Sinkler, Sr. Passed away on Saturday, April 19, 2008. A private family viewing is scheduled for Friday, April 25, 2008 at 4:00 p.m. and a public viewing and services are scheduled for Saturday, April 26, 2008 commencing at 10:00 a.m. at the Chapel and Major H. Winfield Funeral Home located at 704 North Front Street, Steelton, Pennsylvania.

4. Petitioner will be supervised by his mother and sister during the period of his stay with his family or other appropriate person(s) as directed by Your Honorable Court.

5. Petitioner's family will sustain any costs associated with this matter.

WHEREFORE, Petitioner prays Your Honorable Court to award an Emergency Furlough directed to FCI Manchester requiring the release of Freddie Sinkler, Jr. during said duration approved by Your Honorable Court.

Respectfully Submitted:

S/Allen C. Welch, Esquire
1101 North Front Street
Harrisburg, PA 17102
(717)234-4583

**CERTIFICATE OF CONCURRENCE**

     I, Sanford A. Krevsky, on behalf of Attorney Allen Welch, private counsel hereby certify that on April 24, 2008, I attempted to contact Christy Fawcett and as she was unavailable to request her concurrence relative to the instant Motion, I left a voicemail on her telephone .


Date: 4/24/08                                      S/Sanford A. Krevsky
                                                               Sanford A. Krevsky, Esquire

IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. 01-CR-71 |
| | : |
| | : |
| v. | : JUDGE YVETTE KANE |
| | : |
| FREDDIE SINKLER, JR., | : |
| Defendant | : |

## CERTIFICATE OF SERVICE

I, Allen C. Welch, private counsel do hereby certify that on this date, I served a copy of the foregoing **PETITION FOR EMERGENCY FURLOUGH**, by United States First Class Mail to the following:

OFFICE OF THE UNITED STATES ATTORNEY
FEDERAL BUILDING, SUITE 220
P.O. BOX 11754
228 WALNUT STREET
HARRISBURG, PA    17108-1754

And by placing the same in the United States mail, first class in Harrisburg, Pennsylvania addressed to the following:

FCI MANCHESTER
INMATE: FREDDIE SINKLER, JR.
INMATE: 10620-067
MANCHESTER, KENTUCKY

Date: 4/24/08                                             S/Allen C. Welch, Esquire
                                                          ALLEN C. WELCH, ESQUIRE