IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 1:01-CR-071 |
| | : | |
| V. | : | (Chief Judge Kane) |
| | : | |
| **FREDDIE SINKLER, JR.** | : | (Electronically Filed) |

### RESPONSE OPPOSING DEFENDANT'S MOTION FOR EMERGENCY FURLOUGH

**AND NOW**, comes the government through Christy H. Fawcett, Assistant U.S. Attorney, and files the within Response Opposing Defendant's Motion for Emergency Furlough:

The government opposes the defendant's motion for the following reasons:

1. The government believes the Court has no jurisdiction to rule on the defendant's petition because the defendant is now in the custody of the Bureau of Prisons.

2. The government's understanding is that these matters are usually handled by the prison counselor and the warden at the prison where the defendant is incarcerated. The defendant makes no representation concerning what efforts have been made to handle this matter in an appropriate fashion at the prison. Thus, the government is concerned that the defendant's request has been denied by the prison and the defendant is attempting to circumvent normal channels.

3. The defendant is a security risk. He has numerous prior felony convictions. He is serving a lengthy term of incarceration. At the time of his arrest on the offense for which he is now incarcerated, he led law enforcement agents on a high speed chase which posed a grave risk to officers and civilians. He was apprehended only after he lost control of his car and overturned the car.

>Respectfully submitted,
>
>MARTIN C. CARLSON
>Acting United States Attorney
>
>s/Christy H. Fawcett
>CHRISTY H. FAWCETT
>Assistant U.S. Attorney
>PA35067
>Christy.Fawcett@usdoj.gov
>
>228 Walnut Street, Suite 220
>P.O. Box 11754
>Harrisburg, PA 17108
>Phone: (717) 221-4482
>Fax: (717) 221-4493

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 1:01-CR-071 |
| | : | |
| V. | : | **(Chief Judge Kane)** |
| | : | |
| **FREDDIE SINKLER, JR.** | : | **(Electronically Filed)** |

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that she is an employee in the Office of the United States Attorney for the Middle District of Pennsylvania and is a person of such age and discretion to be competent to serve papers.

    That this 24th day of April 2008, she served a copy of the attached

**RESPONSE OPPOSING DEFENDANT'S MOTION
FOR EMERGENCY FURLOUGH**

by electronic means by sending a copy to each of the e-mail addresses stated below:

**Sanford Alan Krevsky**
alr@krevskyandrosen.com

                                                s/Christina L. Garber
                                                CHRISTINA L. GARBER
                                                Legal Assistant