IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : CRIMINAL NO. 01-CR-71 |
| | : |
| | : |
| 1. | : JUDGE YVETTE KANE |
| | : |
| FREDDIE SINKLER, JR., | : |
| Defendant | : |

TO THE HONORABLE YVETTE KANE,  JUDGE OF SAID COURT:

### ORDER OF COURT

**AND NOW**, this  24th   day of April, 2008, upon consideration of the attached Petition for Emergency Furlough, (Doc. No. 116), IT IS HEREBY ORDERED and DECREED that said Motion is DENIED.


By the Court

__s/ Yvette Kane_____

Yvette Kane, Chief Judge